BALL et al., Appellants, v. ENSIGN, Respondent. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by Charles E. Ball and another against Henry A. Ensign. H. Aaron, for appellants. A. J. Rose, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BALL, Appellant, v. WOOD, Respondent. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by Bertram Ball against Eber S. Wood.

PER CURIAM. Motion denied, on condition that the appellant perfect his appeal, place the case on the calendar, and be ready for argument at the next term of this court; otherwise motion granted, with $10 costs.

BANKERS' TRUST CO. v. R. E. DIETZ CO. et al. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by the Bankers' Trust Company, as trustee, etc., against the R. E. Dietz Company and others, impleaded with others. J. Du P. White, for appellant. W. T. Jerome, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BARDNARCYZK v. WEIL. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Nicholas Bardnarcyzk against Samuel Weil. With this case has been consolidated in this court cases bearing titles as follows: Arje Barnett v. Max L. Typermass; Slawson & Hobbs v. Edward Rafter; Mayer Cohen v. Arthur Lundberg; Teddy Connolly v. Rodgers & Hagerty; Edith A. Hulbert v. Felber Engineering Works; Louis Eschen v. Madison Iron Works. No opinions. Applications denied, with $10 costs. Orders signed. See, also, 133 N. Y. Supp. 434, 454, 994; 75 Misc. Rep. 621, 133 N. Y. Supp. 918; 76 Misc. Rep. 199, 134 N. Y. Supp. 585.

BARQUINERO, Appellant, v. FERGUSON, Respondent. (Supreme Court, Appellate Division, Second Department. May 17, 1912.) Action by Marcelo Barquinero against Frank L. Ferguson.

PER CURIAM. Judgment reversed, and new trial granted, costs to abide the event, on the ground that the testimony presented by the plaintiff made out a prima facie case of his employment by the defendant.

BARRON, Respondent, v. UNITED TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Andrew F. Barron against the United Traction Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the verdict to $750, and, if he so stipulates, judgment, as thus modified, and order, affirmed, without costs.

KELLOGG, J., votes for a reversal, and BETTS, J., votes for affirmance.

BARTLETT v. BLEI. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Charlotte E. Bartlett against Robert Blei. With this case has been consolidated in this court cases bearing titles as follows: Arje Barnett v. Samuel Gallucci; Scheer Ginsberg Co. v. Susan Devin; Charlotte Moser v. Angelo Legniti (two cases); William Moser v. Same (two cases). No opinion. Applications denied, with $10 costs. Orders signed and filed. See, also, 133 N. Y. Supp 475; 76 Misc. Rep. 216, 134 N. Y. Supp. 606.

BARTLETT v. STEWART et al. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Charlotte E. Bartlett against James C. Stewart, impleaded with others. No opinion. Motion denied, with $10 costs. Order filed.

BAUER v. NEW YORK & CONEY ISLAND R. CO. et al. (Supreme Court, Appellate Division, Second Department. April 19, 1912.) Action by Katherine Bauer against the New York & Coney Island Railroad Company and others. No opinion. Judgment affirmed, with costs.

BECKER v. JOSEPH. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Louis Becker against Theodore H. Joseph. No opinion. Motion granted, with $10 costs. Order filed.

BELDEN v. BELDEN et al. (Supreme Court, Appellate Division, First Department. May 3, 1912.) Action by George C. Belden, as administrator de bonis non, etc., against William Belden and others, impleaded with George L. Record. C. L. Craig, for appellant. F. B. Vermilya, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 120 App. Div. 876, 105 N. Y. Supp. 1106; 139 App. Div. 437, 124 N. Y. Supp. 225.

BELLOWS, Respondent, v. COLE, Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Edwin P. Bellows against Oakley J. Cole. No opinion. Judgment unanimously affirmed, with costs.

BENJAMIN et al. v. BROWNSTEIN et al. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Ephraim Benjamin and others against Daniel J. Brownstein and others. No opinion. Application denied, with $10 costs. Order signed.

BENN, Appellant, v. GREENBURG, Respondent. (Supreme Court, Appellate Division, Second Department. May 1, 1912.) Action by Walter L. Benn against Harry H. Greenburg. No opinion. Order affirmed, with $10 costs and disbursements.